

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 2 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 29th day of July, 2015, the cause on appeal to revise or reverse the judgment between

SHAWN JONES, Appellant

No. 05-14-01268-CV     V.

AURORA HOBBS, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas

Trial Court Cause No. CC-14-02924-B.

Opinion delivered by Justice Myers, Justices Fillmore and Evans participating.

was determined; and this Court made its order in these words:

      In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Aurora Hobbs recover the costs of this appeal from appellant Shawn Jones.

      **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

      **WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 8th day of October, 2015.

_____
LISA MATZ, Clerk